## WILSON v. ROBINSON et al. *

(Circuit Court of Appeals, Ninth Circuit. December 20, 1926.)

No. 4743.

Appeal from the District Court of the United States for the Southern Division of the Western District of Washington; Edward E. Cushman, Judge.

Action by Minn Marie Wilson against Margaret Jane Robinson and others. From a judgment for defendants, plaintiff appeals. Affirmed.

F. C. Reagan and Edwin H. Flick, both of Seattle, Wash., for appellant.

Wesley Lloyd, of Tacoma, Wash., and George Dysart and C. D. Cunningham, both of Centralia, Wash., for appellees.

Before RUDKIN, Circuit Judge, and DIETRICH and KERRIGAN, District Judges.

DIETRICH, District Judge. In its legal aspect this case is identical with No. 4742, Katie Roberts Wilson v. Margaret Jane Robinson et al., 16 F.(2d) 431, this day decided, and for the reasons assigned in that case the decree is affirmed, as there modified.

RUDKIN, Circuit Judge, dissents, for the reason stated in Wilson v. Robinson, supra.